NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**KING PHARMACEUTICALS, INC.
AND KING PHARMACEUTICALS RESEARCH AND
DEVELOPMENT, INC.,**
*Plaintiffs-Appellants,*

AND

**PHARMACEUTICAL IP HOLDING, INC.,**
*Plaintiff-Appellant,*

v.

**SANDOZ INC.,**
*Defendant-Appellee.*

---

2011-1227

---

Appeal from the United States District Court for the District of New Jersey in case no. 08-CV-5974, Chief Judge Garrett E. Brown, Jr.

---

## ON MOTION

---

## O R D E R

The appellants move to withdraw their appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The appeal is dismissed.

(2) Each side shall bear its own costs.

FOR THE COURT

**SEP 0 1 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: F. Dominic Cerrito, Esq.
Michelle S. Rhyu, Esq.
Martin B. Pavane, Esq.

s21

Issued As A Mandate:    **SEP 0 1 2011**

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

SEP 0 1 2011

**JAN HORBALY**
**CLERK**